**CITY OF SHREVEPORT, LOUISIANA, et al., Appellants,**

v.

**UNITED STATES of America, Appellee.**

No. 20321.

United States Court of Appeals
Fifth Circuit.

May 22, 1963.

Rehearing Denied June 25, 1963.

J. N. Marcantel, J. Bennett Johnston, Jr., Shreveport, La., for appellants.

Burke Marshall, Asst. Atty. Gen., Dept. of Justice, Washington, D. C., Edward L. Shaheen, U. S. Atty., Shreveport, La., Harold H. Greene, David Rubin, Alan G. Marer, St. John Barrett, Gerald P. Choppin, Attys., Dept. of Justice, Washington, D. C., for appellee.

Before TUTTLE, Chief Judge, and RIVES and MOORE,* Circuit Judges.

PER CURIAM.

The judgment is
Affirmed.

**CITY OF SHREVEPORT, LOUISIANA, et al., Appellants,**

v.

**UNITED STATES of America, Appellee.**

No. 20337.

United States Court of Appeals
Fifth Circuit.

May 22, 1963.

Rehearing Denied June 25, 1963.

J. Bennett Johnson, Jr., Shreveport, La., J. N. Marcantel, John L. Schober, Jr., Shreveport, La., for defendant-appellants.

Burke Marshall, Asst. Atty. Gen., Dept. of Justice, Washington, D. C., Edward L. Shaheen, U. S. Atty., Shreveport, La., Harold H. Greene, Howard A. Glickstein, St. John Barrett, Attys., Dept. of Justice, Washington, D. C., for appellee.

Before TUTTLE, Chief Judge, and RIVES and MOORE,* Circuit Judges.

PER CURIAM.

The judgment, 210 F.Supp. 708, is
Affirmed.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**Jack G. BUNCHER, d/b/a the Buncher Company, Respondent.**

No. 13982.

United States Court of Appeals
Third Circuit.

Argued May 6, 1963.

Decided May 20, 1963.

Gary Green, N. L. R. B., Washington, D. C. (Stuart Rothman, Gen. Counsel, Dominick L. Manoli, Assoc. Gen. Counsel, Marcel, Mallet-Prevost, Asst. Gen. Counsel, Marion Griffin, Attys., National Labor Relations Board, on the brief), for petitioner.

Ben Paul Jubelirer, Pittsburgh, Pa., for respondent.

* Of the Second Circuit, sitting by designation.